United States Bankruptcy Court
Central District of California

In re:
Jassier Vargas
Debtor

Case No. 19-20106-MW
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0973-6 User: admin Page 1 of 1 Date Rcvd: Mar 02, 2020
Form ID: 318a Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 04, 2020.
db +Jassier Vargas, 16308 Windcrest Drive, Fontana, CA 92337-0802
39992165 +Jacqueline Vargas/Castro, 16308 Windcrest Drive, Fontana, CA 92337-0802

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr +E-mail/Text: acisneros@iq7technology.com Mar 03 2020 04:35:13 Arturo Cisneros (TR), 3403 Tenth Street, Suite 714, Riverside, CA 92501-3641
smg EDI: EDD.COM Mar 03 2020 09:18:00 Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001
smg EDI: CALTAX.COM Mar 03 2020 09:23:00 Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952
39992163 +EDI: WFNNB.COM Mar 03 2020 09:23:00 Commenity Bank, PO Box 182789, Columbus, OH 43218-2789
39992164 +E-mail/Text: electronicbkydocs@nelnet.net Mar 03 2020 04:34:59 Dept of Ed Nelnet, 121 S. 13th Street, Lincoln, NE 68508-1904
39992166 EDI: NAVIENTFKASMSERV.COM Mar 03 2020 09:18:00 Navient, PO Box 9655, Wilkes Barre, PA 18773-9655
39992167 +EDI: RMSC.COM Mar 03 2020 09:23:00 SYNCB / Ashley Homestores, PO Box 965036, Orlando, FL 32896-5036
39992168 +EDI: RMSC.COM Mar 03 2020 09:23:00 Syncb/Amazon PLCC, 4125 Windward Plaza, Alpharetta, GA 30005-8738
39992170 +EDI: RMSC.COM Mar 03 2020 09:23:00 Syncb/Chevron PLCC, 4125 Windward Plaza, Alpharetta, GA 30005-8738
39992169 EDI: RMSC.COM Mar 03 2020 09:23:00 Syncb/Chevron PLCC, PO Box 965036, Orlando, FL 32896-5036
39992171 EDI: USAA.COM Mar 03 2020 09:18:00 USAA Credit Card Payments, 10750 McDermott Fwy, San Antonio, TX 78288-0570
39992172 +EDI: WFFC.COM Mar 03 2020 09:23:00 Wells Fargo Card Service, Credit Bureau Resolution, PO Box 14517, Des Moines, IA 50306-3517
TOTAL: 12

***** BYPASSED RECIPIENTS *****
NONE. TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 04, 2020 Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 2, 2020 at the address(es) listed below:
Arturo Cisneros (TR) amctrustee@mclaw.org, acisneros@iq7technology.com
Benjamin R Heston on behalf of Debtor Jassier Vargas ben@hestonlaw.com, docs@hestonlaw.com, yflores@hestonlaw.com,assistant@hestonlaw.com
United States Trustee (RS) ustpregion16.rs.ecf@usdoj.gov
TOTAL: 3

**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Jassier Vargas**<br>First Name Middle Name Last Name | Social Security number or ITIN | **xxx−xx−9255** |
| | | EIN | _ _−_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name Middle Name Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Central District of California** | | |
| Case number: | **6:19−bk−20106−MW** | | |

# Order of Discharge − Chapter 7

**12/15**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Jassier Vargas

[include all names used by each debtor, including trade names, within the 8 years prior to the filing of the petition]

Debtor 1 Discharge Date: 3/2/20

**Dated:** 3/2/20

**By the court:** Mark S Wallace
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

9/AUT

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;
- debts for most student loans;
- debts for most taxes;
- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;
- debts for most fines, penalties, forfeitures, or criminal restitution obligations;
- some debts which the debtors did not properly list;
- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and
- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**